423 A.2d 1320

Ranick v. Ranick, Appellant.

Submitted April 12, 1979. Regis J. McNally, for appellant; Terry Ray, for appellee.

Before CERCONE, P. J., and WIEAND and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.

423 A.2d 1320

Russo, Appellant, v. Russo.
Reargument Denied Jan. 21, 1980.

Argued September 12, 1979. Ronold J. Karasek, for appellant; Richard J. Shiroff, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.